**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSEPH TERRELL RAMEY** **PLAINTIFF**
***ADC #87050***

**v.** **No: 4:26-cv-00355-JM-PSH**

**AUNDREA CULCLAGER, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 25). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Culclager's motion to dismiss (Doc. No. 18) is GRANTED IN PART and DENIED IN PART. Ramey's claims against Culclager for money damages in her official capacity are DISMISSED, while his other claims against her will proceed.

DATED this 26th day of October, 2026.

UNITED STATES DISTRICT JUDGE